**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **ROOR INTERNATIONAL BV and SREAM, INC.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| | § | **Civil Action No.: 4:18-cv-00711-ALM-KPJ** |
| **v.** | § | |
| | § | |
| **SMOKE & VAPOR and JOHN DOE,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

## ORDER

Pending before the Court is the Joint Motion to Extend Mediation Deadline (Dkt. 27), in which the parties request extension of the mediation deadline to March 1, 2020. Upon consideration, the Joint Motion to Extend Mediation Deadline (Dkt. 27) is hereby **GRANTED**.

**IT IS THEREFORE ORDERED** that the deadline to conduct mediation is extended to **March 1, 2020**.

The Parties also submitted a Joint Notice of Mediator Information (Dkt. 26), identifying an agreed-upon mediator.

The Court hereby **ORDERS** that this case be submitted to mediation in accordance with the Court's Mediation Plan. The parties selected Erin M. Bogdanowicz of Albin Roach, PLLC, 5665 N. Dallas Parkway, Suite 200, Frisco, Texas 75034, as a mediator. Dkt. 26.

The mediation deadline, reset in this Order, will be March 1, 2020. The assigned mediator shall be responsible for communicating with all counsel to coordinate a date for the mediation. The mediator shall file a report within five (5) days of the completion of the mediation conference.

 **IT IS SO ORDERED**.

**SIGNED this 25th day of June, 2019.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE