# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

|  |  |  |
|---|---|---|
| ROOR INTERNATIONAL BV and<br>SREAM, INC., | ) ) | Civil Action No: 4:18-cv-711 |
|  | ) |  |
| Plaintiffs, | ) |  |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| SMOKE & VAPOR, and | ) |  |
| John Doe, | ) |  |
|  | ) |  |
| Defendants. | ) |  |
| _____ | ) |  |

## <u>MOTION TO WITHDRAW AS COUNSEL</u>

The Shawn Jaffer Law Firm PLLC ("SJLF") and its attorney of record Shawn Jaffer, file this Notice of Withdrawal as Counsel for Defendant Smoke & Vapor ("S&V"). At a face-to-face meeting held on July 20, 2019, S&V terminated legal representation with SJLF and Shawn Jaffer. S&V will be retaining new legal representation and will promptly notify the Court. As such, SJLF respectfully requests that this Court grant our Motion to Withdraw as Counsel for S&V.

**Shawn Jaffer Law Firm PLLC**
*Attorneys for Defendant Smoke & Vapor*

Dated: July 22, 2019

/s/ Shawn Jaffer
Shawn Jaffer
Texas Bar No.: 24107817
9300 John Hickman Pkwy, Suite 1204
Frisco, TX 75035
Tel: (214) 210-0730
Fax: (214) 594-6100
Email: shawn@jafflaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the July 22, 2019, a copy of the foregoing was served upon all counsel of record via the Court's CM/ECF system.

**SHAWN JAFFER LAW FIRM PLLC**

/s/ Shawn Jaffer                          .
Shawn Jaffer, Esq.