IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| ROOR INTERNATIONAL BV and SREAM, INC. | § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 4:18-cv-711 |
| SMOKE & VAPOR and JOHN DOE | § § | |
| Defendants | § | |

_____

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE
_____

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

    T. CRAIG SHEILS files this his Notice of Appearance and Request for Notice in the above-styled case, and respectfully requests that all notices given or required to be given in these proceedings and all papers served or requested to be served in these proceedings be served upon the undersigned individual at the following address:

    T. Craig Sheils
    Sheils Winnubst, P.C.
    1701 N. Collins Boulevard
    Suite 1100
    Richardson, Texas 75080
    (972) 644-8181
    (972) 644-8180 facsimile
    *Craig@sheilswinnubst.com*

Respectfully Submitted,

SHEILS WINNUBST
A Professional Corporation

By: /s/ T. Craig Sheils
    T. Craig Sheils
    State Bar No. 24063984

1100 Atrium II
1701 N. Collins Boulevard
Richardson, Texas 75080
Telephone: (972) 644-8181
Facsimile: (972) 644-8180
Email: *Craig@sheilswinnubst.com*

ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE

On the 16th day of August, 2019, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the Court. I hereby certify that I have served all counsel and parties of record electronically or by another means authorized through Federal Rule of Civil Procedure 5(b)(2) and Local Rule 7.2.

/s/ T. Craig Sheils
T. Craig Sheils