# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| ROOR INTERNATIONAL BV<br>AND SREAM, INC.,<br><br>    **Plaintiffs,**<br><br>v.<br><br>SMOKE & VAPOR and JOHN DOE,<br><br>    **Defendants.** | §§§§§§§§§§    **Civil Action No.: 4:18-cv-711-ALM-KPJ** |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 12, 2019, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #32) that Plaintiffs' Motion to Dismiss Class Action Counterclaims (Dkt. #20) be denied.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, Plaintiffs' Motion to Dismiss Class Action Counterclaims (Dkt. #20) is **DENIED**.

    **IT IS SO ORDERED**.

    **SIGNED this 8th day of September, 2019.**

*[Signature: Amos Mazzant]*

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE